UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:22-cv-81013-RKA

STRIKE 3 HOLDINGS, LLC, a limited liability company,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 99.92.176.199 an individual,

    Defendant.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 99.92.176.199, are voluntarily dismissed with prejudice.

Dated: September 23, 2022

Respectfully submitted,

SMGQ LAW

/s/ *Rachel E. Walker*
RACHEL E. WALKER, ESQ.
FL Bar No. 111802
1200 Brickell Ave, Suite 950
Miami, FL 33131
Telephone: 305-377-1000
Fax: 855-327-0391
Primary Email: rwalker@smgqlaw.com

MAMONE VILLALON

By: */s/ Tyler A. Mamone*
Tyler A. Mamone, Esq.
100 SE 2nd St. Suite 2000

                                                          Miami, FL 33131  
                                                        tyler@mvlawpllc.com  
                                                        Tel.: (786) 209-2379

*Attorneys for Plaintiff*